```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 20-00708-RNO
Paul Wade Geer                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1             Date Rcvd: May 06, 2020
                         Form ID: pdf010     Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db             #+Paul Wade Geer,    378 Blue Ridge Road,    Saylorsburg, PA 18353-8132
5307907         Shell Point,   Mortgage Servicing,    PO Box 619063,    Dallas TX 75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5308051         E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 19:21:03
                 Ashley Funding Services LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC   29603-0587
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PAUL WADE GEER | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 5-20-00708-RNO |
| vs. | |
| PAUL WADE GEER | MOTION TO DISMISS WITH PREJUDICE |
| Respondent(s) | |

### ORDER

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to File Documents (Plan, 122C-1, and 122C-2), after hearing held on May 6, 2020, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.

Dated: May 6, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge <sup>BI</sup>